————o————

## No. 5682.

## STATE EX REL. LOUIS JEANFREAU vs. ELOIE GIORDANO.

Appeal from the 29th Judicial District Court for the Parish of Plaquemines, No. 992.

J. Dymond, Jr., A. G. Levy, for relator and appellant.

James Wilkinson, attorney for appellee.

His Honor, JOHN ST. PAUL, rendered the opinion and decree of the Court, as follows:

For the reasons assigned in **State ex rel. Geo. Munsterman vs. Jno. C. De Armas,** 5683 of our Docket, decided this day, the judgment appealed from is affirmed.

Opinion and decree, October 8th, 1912.